PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
SHERRIE LOUISE MYLES

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHERRIE LOUISE MYLES<br>　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>　　　　Defendant. | Case No. 2:19-CV-06945-PLA<br><br>ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge: Honorable Paul L. Abrams |

Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of $7,200.00, pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: November 24, 2020       _____
　　　　　　　　　　　　　　　　　　PAUL L. ABRAMS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge